cross-appeal as moot. We also deny as moot Magnolia's pending motion.

## Al Jabbar SALAM, Plaintiff–Appellant,

v.

## Crystal EVANS, ARO, East Arkansas Regional Unit, ADC (originally sued as Evans); Marvin Evans, Jr., Warden, East Arkansas Regional Unit, ADC; Tiffanye Compton, Grievance Coordinator, ADC; Marvin Irby, Defendants–Appellees.

No. 04–1021.

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2004.

Decided: Aug. 2, 2004.

Al Jabbar Salam, Arkansas Department of Corrections, Brickeys, AR, pro se.

Eric Fitzgerald Walker, Katherine A. Adams, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

This matter comes on appeal wherein the Plaintiff filed suit under 42 U.S.C. § 1983 alleging that the Defendants, which include Marvin Evans, former Warden of the East Arkansas Regional Unit of the Arkansas Department of Corrections, Crystal Evans, a former grievance officer, and Tiffanye Compton, an appellate grievance officer, failed to process and respond to several grievances that he had filed. The district court dismissed the Complaint with prejudice for failure to state a claim.

Having reviewed the record, we affirm the district court on the grounds set forth by the United States Magistrate Judge who originally recommended that the case be dismissed. *See Jones v. Norris,* 310 F.3d 610, 612 (8th Cir.2002) (per curiam) (standard of review).

## Richard L. GREENSTREET, Plaintiff–Appellant,

## Aural Greenstreet; The Estate of Aural Greenstreet, Plaintiffs,

v.

## RINKE–NOONAN LAW FIRM; Schramel Sod Farms, LLC; R.L. Larson Excavating, Inc.; City of St. Cloud, MN Engineering Department; Gerald W. Vonkorff; Jill (Pinkert) Adkins; State of Minnesota, Seventh Judicial District Court of Stearns County; State of Minnesota; Judge Thomas Schroeder; Judge Richard J. Ahles; Judge Grey; Karl E. Thoennes; Michael G. Blee; Country Manor Health Care and Rehab Center; Carol Payne; Laura Hood; City of St. Cloud, Minnesota; City of St. Cloud, Minne-

sota, Police Department; Health Partners Central Minnesota Clinics; Jane Peterson, M.D.; Judge Skipper J. Pearson; Judge Bernard E. Boland, Defendants–Appellees.

No. 04–2232.

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2004.

Decided: Aug. 2, 2004.

Richard L. Greenstreet, Sauk Rapids, MN, pro se.

Gerald W. Von Korff, Michael Dennis LaFountaine, Michael Thomas Milligan, Kevin Aloysius Spellacy, Steven Robert Schwegman, Mary B. Mahler, Quinlivan & Hughes, Saint Cloud, MN, Thomas Edwin Peterson, Peterson & Hektner, Minneapolis, MN, David Earl Flowers, Attorney General's Office, Bruce Candlin, Candlin & Heck, St. Paul, MN, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

This appeal is dismissed for lack of jurisdiction. *See* 8th Cir. R. 47B.

UNITED STATES of America, Appellee,

v.

Allen GAINES, Appellant.

No. 04–1589.

United States Court of Appeals, Eighth Circuit.

Submitted: July 23, 2004.

Decided: Aug. 3, 2004.

Lester Alan Paff, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

John P. Messina, Federal Public Defender's Office, Des Moines, IA, for Defendant–Appellant.

Allen Gaines, Pekin, IL, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

In this appeal following revocation of his supervised release, Allen Gaines seeks reversal on the basis that the district court[1] denied him his right of allocution.

Having carefully reviewed the record, we conclude that Gaines's right of allocution was satisfied. *See* Fed.R.Crim.P. 32(i)(4); *United States v. Patterson*, 128 F.3d 1259, 1260–61 (8th Cir.1997) (per curiam) (right of allocution applies to supervised-release-revocation hearing). Gaines testified at the hearing before sentencing,

---

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.